

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00394-CR
No. 04-15-00395-CR

The **STATE** of Texas,
Appellant

v.

James Ray **JUNEK**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court Nos. CR14-0145 & CR14-0146
Honorable Susan Harris, Judge Presiding

### ORDER

Appellee's motion to dismiss is granted. The appeal is dismissed. All pending motions are denied as moot. Costs are assessed against the party who incurred them.

It is so **ORDERED** on November 4, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle, Clerk